SAMUEL R. SHIELCRAWT et al., Suing on Behalf of Themselves and All Other Stockholders of Corn Products Refining Company, and on Behalf of CORN PRODUCTS REFINING COMPANY, Appellants, *v.* GEORGE M. MOFFETT et al., Defendants, and CORN PRODUCTS REFINING COMPANY, Respondent.

Submitted May 14, 1945; decided May 24, 1945.

Motion by defendant-respondent for reargument denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 180.]

AURA BALDWIN, as Administratrix of the Estate of CHARLES H. WILTSIE, Appellant, *v.* L. R. POWELL, JR., et al., as Receivers of SEABOARD AIR LINE RAILWAY, Respondents.

Submitted May 14, 1945; decided May 24, 1945.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 130.]